1  McGREGOR W. SCOTT
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6           IN THE UNITED STATES DISTRICT COURT FOR THE

7                EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,        )    MAG. NO.  07-0226-EFB
                                    )
9                  Plaintiff,       )
                                    )    MOTION TO DISMISS
10       v.                         )    AND ORDER
                                    )
11 JORGE GONZALEZ,                  )
                                    )
12                 Defendant.       )
   _____)

13

14                              **MOTION**

15      HEREBY, the United States moves that this Court enter an

16 order, pursuant to Fed. R. Crim. Pro. 48(a), to dismiss without

17 prejudice the Complaint against Gonzalez.

18 DATED: August 14, 2008            McGREGOR W. SCOTT
                                     United States Attorney
19                                       /s/Michelle Rodriguez
                                     By _____
20                                   MICHELLE RODRIGUEZ
                                     Assistant U.S. Attorney
21                              **ORDER**

22      The United States' motion to dismiss without prejudice the

23 Complaint in MAG No. 07-0226-EFB against defendant Jorge Gonzalez

24 is GRANTED.

25 DATED: August 15, 2008.

26

27      _____
        DALE A. DRCZD
28 Ddad1/orders.criminal/gonzalez0226.ord   UNITED STATES MAGISTRATE JUDGE